UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GARLAND HALL #508398,

      Petitioner,

                                                       Case No: 2:16-cv-185

v.

                                                       HON. ROBERT HOLMES BELL

KATHLEEN OLSON,

      Respondent.

_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On September 30, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the Court (1) deny the petition under 28 U.S.C. § 2254 for lack of merit and (2) deny a certificate of appealability. (ECF No. 4.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 4) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition under 28 U.S.C. § 2254 is **DENIED** because it is barred by the one-year statute of limitations.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Date: November 10, 2016                              /s/ Robert Holmes Bell
                                                                               ROBERT HOLMES BELL
                                                                               UNITED STATES DISTRICT JUDGE